**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* ______ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Prime Therapy Holdings, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **83-3383911** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**470 Johnson Road, Suite 100**<br>**Washington, PA 15301-8944**<br>Number, Street, City, State & ZIP Code<br>**Washington**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Prime Therapy Holdings, Inc.** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

Debtor **Prime Therapy Holdings, Inc.** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ________ Relationship ________
District ________ When ________ Case number, if known ________

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ________
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other ________

**Where is the property?** ________
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency ________
Contact name ________
Phone ________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Prime Therapy Holdings, Inc.** Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Prime Therapy Holdings, Inc.** Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 29, 2026**
MM / DD / YYYY

*X* **/s/ Ryan Christoff**
Signature of authorized representative of debtor

**Ryan Christoff**
Printed name

Title **Director**

**18. Signature of attorney**

*X* **/s/ David Z. Valencik**
Signature of attorney for debtor

Date **September 29, 2026**
MM / DD / YYYY

**David Z. Valencik**
Printed name

**Calaiaro Valencik**
Firm name

**555 Grant Street**
**Suite 300**
**Pittsburgh, PA 15219**
Number, Street, City, State & ZIP Code

Contact phone **412-232-0930** Email address **dvalencik@c-vlaw.com**

**308361 PA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Prime Therapy Holdings, Inc. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bass, Berry & Sims PLC<br>150 Third Avenue South<br>Suite 2800<br>Nashville, TN 37201 | CReisz@bassberry.com | | | | | $50,000.00 |
| CBIZ MHM, LLC - New York<br>P.O. Box 952753<br>Saint Louis, MO 63195 | cbizpaymentinfo@cbiz.com | | | | | $28,468.00 |
| CSC<br>PO Box 7410023<br>Chicago, IL 60674-5023 | | | | | | $484.70 |
| Darryl M. Yonkers<br>104 Poplar Street<br>Canonsburg, PA 15317 | dwtechserv@gmail.com | | | | | $2,250.00 |
| iMagnum Healthcare Solutions Inc<br>26077 Nelson Way<br>Katy, TX 77494 | finance@imagnumhealthcare.com | | | | | $10,807.00 |
| Martin Healthcare Advisors, LLC<br>10000 Lincoln Dr E<br>Ste 201<br>Marlton, NJ 08053 | hmartineli@martinhealthcareadvisors.com | | | | | $15,000.00 |
| Prediction Health<br>PO Box 158778<br>Nashville, TN 37215 | accounting@predictionhealth.com | | | | | $12,510.00 |
| Prompt Therapy Solutions Inc.<br>1000 Maxwell Lane<br>Suite 700<br>Hoboken, NJ 07030 | finance@promptemr.com | | | | | $29,951.57 |

Debtor **Prime Therapy Holdings, Inc.**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **PT Pilot Billing and RCM<br>340 Falconer Dr<br>Covington, LA 70433** | **kellys@ptpilotbilling.com** | | | | | **$1,190.00** |
| **Ryan Christoff<br>1508 Network Drive<br>Canonsburg, PA 15317** | **rchristoff@pt-institute.com** | | | | | **$636.98** |
| **Shannon Vissman<br>1241 Turnberry Dr<br>Pittsburgh, PA 15241** | **btorchia@vissmgmt.com** | | | | | **$215.80** |
| **Silicon Valley Bank<br>53 State St.<br>Boston, MA 02108** | **dylan.white@firstcitizens.com** | | | | | **$1,111,083.32** |
| **TCFG Wealth Management LLC<br>28202 Cabot Road, Suite 300<br>Laguna Niguel, CA 92677** | **finance@tcfgwealth.com** | | | | | **$10,000.00** |
| **Tucker Arensberg<br>1500 One PPG Place<br>Pittsburgh, PA 15222** | **pittsburghinfo@tuckerlaw.com** | | | | | **$99,662.51** |
| **Venturity Financial<br>14841 N. Dallas Parkway<br>Suite 600<br>Dallas, TX 75254** | **rebekah@venturity.net** | | | | | **$9,343.40** |
| **Vissman Management<br>470 Johnson Road<br>Suite 160<br>Washington, PA 15301** | **tvissman@beyondcare.us** | | | | | **$9,901.87** |

# United States Bankruptcy Court
## Western District of Pennsylvania

In re **Prime Therapy Holdings, Inc.** Debtor(s)

Case No.
Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Prime Therapy Holdings, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 29, 2026**
Date

**/s/ David Z. Valencik**
**David Z. Valencik**
Signature of Attorney or Litigant
Counsel for **Prime Therapy Holdings, Inc.**

**Calaiaro Valencik**
**555 Grant Street**
**Suite 300**
**Pittsburgh, PA 15219**
**412-232-0930 Fax:412-232-3858**
**dvalencik@c-vlaw.com**