# Notice Recipients

District/Off: 0315−2　User: auto　Date Created: 10/1/2026
Case: 26−22713−JCM　Form ID: 309F2　Total: 28

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

cr　PNC Bank, National Association

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db　Prime Therapy Holdings, Inc.　470 Johnson Road, Suite 100　Washington, PA 15301−8944
ust　Office of the United States Trustee　1000 Liberty Avenue　Suite 1316　Pittsburgh, PA 15222
tr　James S. Fellin　The Nottingham Group　6000 Town Center Boulevard　Suite 106　Cannonsburg, PA 15317
aty　David Z. Valencik　Calaiaro Valencik　555 Grant Street　Suite 300　Pittsburgh, PA 15219
aty　Justin M. Tuskan　Metz Lewis Brodman Must O'Keefe LLC　444 Liberty Avenue　Suite 2100　Pittsburgh, PA 15222
aty　William M. Buchanan　DOJ−Ust　1000 Liberty Avenue　Ste 1316　Pittsburgh, PA 15222
smg　Internal Revenue Service　Special Procedures Division　P.O. Box 628　Bankruptcy Section　Pittsburgh, PA 15230
smg　Pennsylvania Department of Revenue　Bankruptcy Division　P.O. Box 280946　Harrisburg, PA 17128−0946
smg　Pennsylvania Dept. of Revenue　Department 280946　P.O. Box 280946　ATTN: BANKRUPTCY DIVISION　Harrisburg, PA 17128−0946
16729018　Bass, Berry & Sims PLC　150 Third Avenue South　Suite 2800　Nashville, TN 37201
16729019　CBIZ MHM, LLC − New York　P.O. Box 952753　Saint Louis, MO 63195
16729020　CSC　PO Box 7410023　Chicago, IL 60674−5023
16729021　Darryl M. Yonkers　104 Poplar Street　Canonsburg, PA 15317
16729023　Martin Healthcare Advisors, LLC　10000 Lincoln Dr E Ste 201　Marlton, NJ 08053
16729024　PNC Bank　249 Fifth Ave.　P1−POPP−17A−7　Pittsburgh, PA 15222
16729027　PT Pilot Billing and RCM　340 Falconer Dr　Covington, LA 70433
16729362　Pennsylvania Department of Revenue　Bankruptcy Division　PO Box 280946　Harrisburg, PA 17128−0946
16729025　Prediction Health　PO Box 158778　Nashville, TN 37215
16729026　Prompt Therapy Solutions Inc.　1000 Maxwell Lane　Suite 700　Hoboken, NJ 07030
16729028　Ryan Christoff　1508 Network Drive　Canonsburg, PA 15317
16729029　Shannon Vissman　1241 Turnberry Dr　Pittsburgh, PA 15241
16729030　Silicon Valley Bank　53 State St.　Boston, MA 02108
16729031　TCFG Wealth Management LLC　28202 Cabot Road, Suite 300　Laguna Niguel, CA 92677
16729032　Tucker Arensberg　1500 One PPG Place　Pittsburgh, PA 15222
16729033　Venturity Financial　14841 N. Dallas Parkway　Suite 600　Dallas, TX 75254
16729034　Vissman Management　470 Johnson Road　Suite 160　Washington, PA 15301
16729022　iMagnum Healthcare Solutions Inc　26077 Nelson Way　Katy, TX 77494

TOTAL: 27