**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 26-22719-JCM |
| | ) |
| Baylife Physical Therapy & Rehabilitation BIA LLC, | ) **Chapter** 11 (Subchapter V) |
| | ) |
| | ) |
| **Debtor.** | ) |

**NOTICE REGARDING FILING OF CASH FLOW STATEMENT**

Attached hereto is a true and correct copy of the most recent Cash Flow Statement for the above-captioned Debtor.

**Respectfully submitted,**

**DATE:** October 6, 2026

**CALAIARO VALENCIK**

**BY:** /s/ David Z. Valencik
**David Z. Valencik, Esq.** **PA I.D. No. 308361**
**Andrew K. Pratt, Esq.** **PA I.D. No. 328784**

**555 Grant Street, Suite 300**
**Pittsburgh, PA 15219**
**Phone:** **(412) 232-0930**
**Fax:** **(412) 232-3858**
**Email:** **dvalencik@c-vlaw.com**
**apratt@c-vlaw.com**

Baylife Physical Therapy - BIA
Statement of Cash Flow
For the six Months Ended June 30, 2026

| Back in Action | Year to Date |
|---|---|
| Cash Flows from operating activities | |
| Net Income | ($ 247,287.73) |
| Adjustments to reconcile net income to net cash provided by operating activities | |
| Advance to Officer | 0.00 |
| Advance to Employee | 0.00 |
| Accounts Receivable | 3,916.66 |
| Accounts Receivable PT | (2,625.74) |
| Accounts Receivable Reserve | 0.00 |
| Copay Receivable | 0.00 |
| Other Accounts Receivable | 0.00 |
| Uncollectable AR | 0.00 |
| Prepaid Expenses | 0.00 |
| Acquisition Holdback AR | 0.00 |
| Prepaid Insurance | 0.00 |
| Intercompany - Baylife QPR | 0.00 |
| Intercompany - Baylife | 163,850.47 |
| Intercompany - RMPT | 26,474.80 |
| Intercompany - Boost MO | 14,000.00 |
| Accounts Payable | 1,266.32 |
| ROU Lease liability | (644,968.69) |
| Sales Tax Payable | 0.00 |
| Accrued Payroll | (4,651.75) |
| Accrued Fed/Med/SS | (465.96) |
| Accrued State Withholding | 0.00 |
| Accrued Local Withholding | 0.00 |
| Accrued Other - LST | 0.00 |
| Accrued Other Withholding | 0.00 |
| Accrued SUI - EE | 0.00 |
| Accrued Bonus | 7,503.13 |
| Accrued 401(k) W/H | (181.30) |
| Acquisition Holdback AP | 0.00 |
| Miscellaneous Liabilities | (420.00) |
| Accrued Expenses | 14,570.91 |
| Deferred Rent Liability | 0.00 |
| Divvy CC | 0.00 |
| Acquisition Holdback | 0.00 |
| Total Adjustments | (421,731.15) |
| Net Cash provided by Operations | (669,018.88) |
| Cash Flows from investing activities | |
| Used For | |
| Security Deposits | 0.00 |

Baylife Physical Therapy - BIA

Statement of Cash Flow

For the six Months Ended June 30, 2026

| Back in Action | | Year to Date |
|---|---|---|
| ROU Asset | | (6,266.67) |
| Vehicles | | 0.00 |
| Office Furniture & Equipment | | 0.00 |
| Machinery & Equipment | | 0.00 |
| Leasehold Improvements | | (28,084.08) |
| Organizational Costs | | 0.00 |
| Accumulated Depreciation | | 0.00 |
| Organizational Costs | | 0.00 |
| Goodwill | | 0.00 |
| Accum Amortization - Goodwill | | 0.00 |
| Intangibles | | 0.00 |
| Accum Amortization-Intangibles | | 0.00 |
| Shareholder Receivable | | 0.00 |
| Investment in Baylife QPR | | 0.00 |
| Net cash used in investing | | (34,350.75) |
| Cash Flows from financing activities | | |
| Proceeds From | | |
| Note Payable | | 0.00 |
| Note Payable - NaviMed | | 0.00 |
| Common Stock | | 0.00 |
| Distributions | | 0.00 |
| Shareholder Equity | | 0.00 |
| Shareholder Equity - NCI | | 0.00 |
| Used For | | |
| Note Payable | | 0.00 |
| Note Payable - NaviMed | | 0.00 |
| Common Stock | | 0.00 |
| Distributions | | 0.00 |
| Shareholder Equity | | 0.00 |
| Shareholder Equity - NCI | | 0.00 |
| Net cash used in financing | | 0.00 |
| Net increase <decrease> in cash | ($ | 703,369.63) |

| Summary | | |
|---|---|---|
| Cash Balance at End of Period | $ | 202.45 |
| Cash Balance at Beg of Period | | (9,157.09) |
| Net Increase <Decrease> in Cash | ($ | 8,954.64) |