**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 26-22719-JCM |
| | ) |
| Baylife Physical Therapy & Rehabilitation BIA LLC, | ) **Chapter** 11 (Subchapter V) |
| | ) |
| | ) |
| **Debtor.** | ) |

**NOTICE REGARDING FILING OF STATEMENT OF OPERATIONS**

Attached hereto is a true and correct copy of the most recent Statement of Operations for the above-captioned Debtor.

**Respectfully submitted,**

**DATE:** October 6, 2026

**CALAIARO VALENCIK**

**BY:** /s/ David Z. Valencik
**David Z. Valencik, Esq.** **PA I.D. No. 308361**
**Andrew K. Pratt, Esq.** **PA I.D. No. 328784**

**555 Grant Street, Suite 300**
**Pittsburgh, PA 15219**
**Phone:** **(412) 232-0930**
**Fax:** **(412) 232-3858**
**Email:** **dvalencik@c-vlaw.com**
**apratt@c-vlaw.com**

Baylife Physical Therapy - BIA
Income Statement - 12 Periods
For January 1, 2026 through October 31, 2026

| Account Id | | January | February | March | April | May | June |
|---|---|---|---|---|---|---|---|
| Revenues | | | | | | | |
| 400.Coconut Cre | Physical Therapy Revenue | $ 48,998.67 | 57,158.97 | 47,364.63 | 53,909.47 | 47,417.87 | 42,849.59 |
| 400.Deerfield | Physical Therapy Revenue | 35,953.66 | 32,224.66 | 38,816.84 | 43,694.04 | 39,627.03 | 37,907.14 |
| 400.Plantation | Physical Therapy Revenue | 53,372.46 | 53,613.45 | 82,958.02 | 60,520.84 | 57,229.15 | 58,752.94 |
| 400.Tamarac | Physical Therapy Revenue | 37,754.49 | 37,953.79 | 32,464.26 | 41,298.42 | 42,128.92 | 37,983.84 |
| 401.Deerfield | Product Revenue | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 | 0.00 |
| 404.Deerfield | Non WebPT Revenue | 225.00 | 75.00 | 283.50 | 429.75 | 0.00 | 0.00 |
| | Total Revenues | 176,304.28 | 181,025.87 | 201,887.25 | 199,852.52 | 186,477.97 | 177,493.51 |
| Cost of Sales | | | | | | | |
| | Total Cost of Sales | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Gross Profit | 176,304.28 | 181,025.87 | 201,887.25 | 199,852.52 | 186,477.97 | 177,493.51 |
| Expenses | | | | | | | |
| 500.Coconut Cre | Therapist Contract | 2,584.00 | 3,200.00 | 2,796.00 | 2,001.00 | 1,548.00 | 1,375.00 |
| 500.Deerfield | Therapist Contract | 0.00 | 0.00 | 0.00 | 0.00 | (834.46) | 0.00 |
| 501.Coconut Cre | Salaries -Corp Office Admin | 626.00 | 576.25 | 779.59 | 779.59 | 744.48 | 766.70 |
| 501.Deerfield | Salaries -Corp Office Admin | 626.00 | 576.41 | 779.75 | 779.75 | 744.64 | 766.85 |
| 501.Plantation | Salaries -Corp Office Admin | 625.99 | 575.75 | 779.08 | 779.06 | 743.96 | 766.18 |
| 501.Tamarac | Salaries -Corp Office Admin | 625.99 | 576.08 | 779.40 | 779.41 | 744.29 | 766.50 |
| 505.Coconut Cre | Office Supplies | 1,223.68 | 123.13 | 688.40 | 22.42 | 390.88 | 358.63 |
| 505.Deerfield | Office Supplies | 413.99 | 324.10 | 874.75 | 333.01 | 296.46 | 962.53 |
| 505.Plantation | Office Supplies | 23.68 | 334.51 | 147.94 | 572.29 | 6.31 | 30.10 |
| 505.Tamarac | Office Supplies | 341.55 | 163.76 | 221.96 | 22.41 | 408.41 | 30.10 |
| 506.Coconut Cre | Employer Payroll Taxes | 2,360.77 | 2,243.85 | 2,398.62 | 2,197.89 | 2,145.18 | 1,918.89 |
| 506.Deerfield | Employer Payroll Taxes | 2,139.74 | 1,876.02 | 2,041.41 | 1,936.42 | 1,690.01 | 2,264.53 |
| 506.Plantation | Employer Payroll Taxes | 2,797.47 | 2,490.03 | 2,676.99 | 2,617.22 | 2,221.75 | 2,415.05 |
| 506.Tamarac | Employer Payroll Taxes | 1,992.31 | 1,443.43 | 1,650.64 | 1,900.20 | 1,436.86 | 1,749.75 |
| 510.Coconut Cre | Telephone | 0.00 | 0.00 | 0.00 | (35.70) | 6.85 | 6.85 |
| 510.Deerfield | Telephone | 220.00 | 0.00 | 0.00 | 82.17 | 10.27 | 10.27 |
| 510.Plantation | Telephone | 157.98 | 90.45 | 0.00 | 525.94 | 58.31 | 58.31 |
| 510.Tamarac | Telephone | 187.89 | (245.59) | 0.00 | 176.29 | 14.66 | 14.66 |
| 512.Admin | Bank Charges | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 512.Coconut Cre | Bank Charges | 249.09 | 269.11 | 251.64 | 567.76 | 257.29 | 421.96 |
| 512.Deerfield | Bank Charges | 189.96 | 185.84 | 189.58 | 508.46 | 198.94 | 363.98 |
| 512.Plantation | Bank Charges | 317.72 | 398.11 | 332.98 | 696.75 | 370.66 | 598.55 |

Baylife Physical Therapy - BIA
Income Statement - 12 Periods
For January 1, 2026 through October 31, 2026

| Account Id | | January | February | March | April | May | June |
|---|---|---|---|---|---|---|---|
| 512.Tamarac | Bank Charges | 202.88 | 188.42 | 221.82 | 587.82 | 205.53 | 439.62 |
| 513.Coconut Cre | Payroll Processing | 448.04 | 625.25 | 575.09 | 452.05 | 458.15 | 401.05 |
| 513.Deerfield | Payroll Processing | 421.91 | 339.62 | 356.97 | 394.81 | 275.57 | 372.63 |
| 513.Plantation | Payroll Processing | 456.20 | 443.00 | 402.23 | 408.11 | 339.13 | 356.04 |
| 513.Tamarac | Payroll Processing | 463.78 | 311.13 | 342.51 | 273.45 | 235.81 | 283.77 |
| 520.Coconut Cre | Miscellaneous Expense | 0.00 | 0.00 | 0.00 | 0.00 | 134.59 | 0.00 |
| 520.Deerfield | Miscellaneous Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 521.Coconut Cre | Postage | 3.56 | 0.00 | 60.45 | 15.74 | 26.79 | 32.39 |
| 521.Deerfield | Postage | 3.56 | 0.00 | 60.44 | 15.74 | 26.79 | 32.39 |
| 521.Plantation | Postage | 3.56 | 0.00 | 60.45 | 15.74 | 26.79 | 32.39 |
| 521.Tamarac | Postage | 3.56 | 0.00 | 60.44 | 15.74 | 26.79 | 32.40 |
| 522.Coconut Cre | Dues & Subscriptions | 1,711.43 | 1,607.07 | 2,187.99 | 1,763.92 | 1,684.10 | 2,642.27 |
| 522.Deerfield | Dues & Subscriptions | 1,673.54 | 1,597.81 | 2,126.80 | 1,803.72 | 1,712.02 | 2,678.24 |
| 522.Plantation | Dues & Subscriptions | 1,683.04 | 1,555.02 | 2,172.38 | 1,781.62 | 1,706.01 | 2,691.41 |
| 522.Tamarac | Dues & Subscriptions | 1,716.73 | 1,605.57 | 2,163.20 | 1,753.83 | 1,743.18 | 2,678.02 |
| 523.Coconut Cre | Advertising | 153.16 | 153.16 | 453.16 | 153.15 | 153.15 | 153.15 |
| 523.Deerfield | Advertising | 153.16 | 153.16 | 153.16 | 153.16 | 153.16 | 153.16 |
| 523.Plantation | Advertising | 153.16 | 153.16 | 153.16 | 153.16 | 153.16 | 153.16 |
| 523.Tamarac | Advertising | 153.15 | 300.32 | 194.13 | 153.16 | 153.16 | 153.16 |
| 525.Coconut Cre | Meals & Entertainment | 0.00 | 25.62 | 0.32 | 0.00 | 3.31 | 0.00 |
| 525.Deerfield | Meals & Entertainment | 0.00 | 25.61 | 0.32 | 0.00 | 3.31 | 0.00 |
| 525.Plantation | Meals & Entertainment | 0.00 | 25.62 | 0.32 | 0.00 | 3.31 | 0.00 |
| 525.Tamarac | Meals & Entertainment | 0.00 | 25.61 | 0.32 | 0.00 | 3.32 | 0.00 |
| 528.Coconut Cre | Professional Fees | 573.50 | 484.40 | 432.60 | 456.40 | (255.00) | 225.00 |
| 528.Deerfield | Professional Fees | 573.50 | 484.40 | 432.60 | 456.40 | (255.00) | 225.00 |
| 528.Plantation | Professional Fees | 573.50 | 484.40 | 432.60 | 456.40 | (255.00) | 225.00 |
| 528.Tamarac | Professional Fees | 573.50 | 484.40 | 432.60 | 456.40 | (255.00) | 225.00 |
| 529.Coconut Cre | Equipment Rental | 197.83 | 183.97 | 190.86 | 196.27 | 188.11 | 113.95 |
| 529.Deerfield | Equipment Rental | 187.50 | 182.15 | 208.61 | 189.58 | 195.13 | 307.65 |
| 529.Plantation | Equipment Rental | 197.83 | 183.97 | 190.86 | 196.27 | 188.09 | 113.96 |
| 529.Tamarac | Equipment Rental | 197.83 | 183.97 | 190.84 | 196.26 | 188.10 | 113.96 |
| 530.Coconut Cre | Recruiting | 0.00 | 0.00 | 0.00 | 4.31 | 0.00 | 0.00 |
| 530.Deerfield | Recruiting | 0.00 | 0.00 | 0.00 | 4.30 | 14,040.00 | 112.66 |
| 530.Plantation | Recruiting | 0.00 | 0.00 | 0.00 | 4.31 | 0.00 | 14,095.83 |
| 530.Tamarac | Recruiting | 0.00 | 0.00 | 65.95 | 4.30 | 0.00 | 0.00 |
| 531.Coconut Cre | Continuing Education | 0.00 | 0.00 | 0.00 | 274.36 | 0.00 | 0.00 |
| 531.Deerfield | Continuing Education | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 0.00 |
| 532.Coconut Cre | Insurance Expense | 641.79 | 637.80 | 641.31 | 642.28 | 643.76 | 643.75 |
| 532.Deerfield | Insurance Expense | 641.79 | 637.79 | 641.29 | 642.27 | 643.74 | 643.74 |
| 532.Plantation | Insurance Expense | 641.79 | 637.79 | 641.30 | 642.27 | 643.75 | 643.74 |
| 532.Tamarac | Insurance Expense | 641.78 | 637.79 | 641.29 | 642.26 | 643.74 | 643.75 |

Baylife Physical Therapy - BIA

Income Statement - 12 Periods

For January 1, 2026 through October 31, 2026

| Account Id | | January | February | March | April | May | June |
|---|---|---|---|---|---|---|---|
| 533.Tamarac | Licenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 535.Coconut Cre | HR Benefits | 4,410.84 | 4,463.92 | 4,437.38 | 4,437.38 | 3,868.60 | 4,615.59 |
| 535.Deerfield | HR Benefits | 4,241.65 | (1,021.76) | 2,013.57 | 2,013.57 | 1,836.23 | 2,167.39 |
| 535.Plantation | HR Benefits | 5,286.73 | 3,768.75 | 3,781.96 | 3,784.06 | 3,260.21 | 3,620.13 |
| 535.Tamarac | HR Benefits | 291.25 | 3,139.35 | 1,406.32 | 1,241.79 | 1,068.62 | 1,288.70 |
| 536.Deerfield | Repairs & Maintenance | 72.40 | 302.40 | 72.40 | 72.40 | 72.40 | (874.32) |
| 536.Plantation | Repairs & Maintenance | 81.00 | 81.00 | 81.00 | 81.00 | 253.92 | 342.64 |
| 536.Tamarac | Repairs & Maintenance | 70.20 | 70.20 | 70.20 | 320.20 | 1,220.20 | 70.20 |
| 537.Coconut Cre | Clinic Supplies | 457.86 | 380.25 | 1,250.21 | 380.25 | 350.00 | 689.22 |
| 537.Deerfield | Clinic Supplies | 655.85 | 824.07 | 1,462.97 | 1,376.11 | 536.42 | 1,276.29 |
| 537.Plantation | Clinic Supplies | 452.36 | 852.26 | 425.80 | 1,439.42 | 350.00 | 853.07 |
| 537.Tamarac | Clinic Supplies | 550.21 | 576.81 | 512.56 | 338.45 | 1,040.92 | 601.63 |
| 538.Coconut Cre | Facility Expenses | 10,046.53 | 10,046.53 | 930.82 | 8,652.00 | 8,792.00 | 8,652.00 |
| 538.Deerfield | Facility Expenses | 3,960.19 | 6,619.23 | 6,694.22 | 7,108.97 | 6,310.21 | 6,619.23 |
| 538.Plantation | Facility Expenses | 7,570.34 | 7,930.33 | 7,645.33 | 7,570.33 | 7,570.34 | 7,570.33 |
| 538.Tamarac | Facility Expenses | 5,732.00 | 5,827.00 | 5,806.99 | 5,732.00 | 5,732.00 | 5,732.00 |
| 540.Coconut Cre | Computer Expenses | 3.75 | 3.86 | 4.00 | 4.04 | 53.16 | 10.98 |
| 540.Deerfield | Computer Expenses | 3.75 | 3.87 | 4.01 | 4.05 | 53.16 | 10.98 |
| 540.Plantation | Computer Expenses | 3.75 | 3.86 | 4.00 | 4.04 | 53.16 | 10.97 |
| 540.Tamarac | Computer Expenses | 3.76 | 3.87 | 4.01 | 4.04 | 53.16 | 10.98 |
| 552.Coconut Cre | Utilities | 1,161.82 | 625.38 | 741.73 | 667.48 | 831.30 | 910.72 |
| 552.Deerfield | Utilities | 550.38 | 532.60 | 495.05 | 552.26 | 414.15 | 834.95 |
| 552.Plantation | Utilities | 494.45 | 439.57 | 452.03 | 957.20 | 698.52 | 587.90 |
| 552.Tamarac | Utilities | 248.27 | 248.09 | 302.68 | 314.51 | 419.93 | 416.05 |
| 562.Coconut Cre | Retirement - Company Match | 977.50 | 891.95 | 978.28 | 979.79 | 941.61 | 721.87 |
| 562.Deerfield | Retirement - Company Match | 515.26 | 510.64 | 557.54 | 527.62 | 520.07 | 467.05 |
| 562.Plantation | Retirement - Company Match | 884.82 | 811.92 | 900.44 | 904.19 | 856.87 | 916.23 |
| 562.Tamarac | Retirement - Company Match | 500.52 | 411.20 | 413.77 | 500.68 | 340.09 | 462.74 |
| 569.Coconut Cre | Salaries - PT | 10,201.42 | 8,916.83 | 9,785.59 | 9,785.58 | 9,351.22 | 3,470.94 |
| 569.Deerfield | Salaries - PT | 9,956.23 | 8,899.04 | 9,745.19 | 9,745.18 | 9,322.13 | 9,745.19 |
| 569.Plantation | Salaries - PT | 17,248.59 | 15,782.40 | 17,214.07 | 17,214.09 | 16,440.14 | 16,497.03 |
| 569.Tamarac | Salaries - PT | 9,563.31 | 8,457.21 | 9,281.06 | 11,781.05 | 8,869.14 | 8,992.71 |
| 570.Coconut Cre | Salaries - PTA | 16,167.80 | 15,248.86 | 16,608.87 | 16,771.80 | 16,116.16 | 17,397.68 |
| 570.Deerfield | Salaries - PTA | 12,004.96 | 12,361.91 | 13,466.54 | 12,366.68 | 12,524.20 | 16,409.63 |
| 570.Plantation | Salaries - PTA | 14,316.60 | 13,333.55 | 14,792.33 | 14,033.56 | 9,945.52 | 11,164.25 |
| 570.Tamarac | Salaries - PTA | 6,947.38 | 6,867.07 | 7,714.44 | 8,623.44 | 7,743.19 | 10,415.87 |
| 571.Plantation | Salaries - PT Aide | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 147.00 |
| 572.Coconut Cre | Salaries - Receptionist | 3,650.50 | 3,345.83 | 3,662.33 | 3,598.83 | 3,592.58 | 3,857.84 |
| 572.Deerfield | Salaries - Receptionist | 3,719.85 | 3,293.55 | 3,791.55 | 3,558.26 | 578.98 | 2,859.67 |
| 572.Plantation | Salaries - Receptionist | 3,436.73 | 3,209.92 | 3,637.14 | 3,665.16 | 3,348.00 | 3,726.19 |
| 572.Tamarac | Salaries - Receptionist | 3,510.00 | 1,467.63 | 2,740.83 | 3,540.83 | 3,245.83 | 3,559.83 |

Baylife Physical Therapy - BIA
Income Statement - 12 Periods
For January 1, 2026 through October 31, 2026

| Account Id | | January | February | March | April | May | June |
|---|---|---|---|---|---|---|---|
| 590.Admin | Depreciation | 754.44 | 754.45 | 897.60 | 897.78 | 1,258.34 | 1,258.35 |
| 591.Admin | Amortization | 7,897.35 | 7,897.34 | 7,897.35 | 7,897.34 | 7,897.35 | 7,897.34 |
| 598.Admin | Clinic Overhead Allocation | 32,368.00 | 29,286.81 | 16,732.20 | 34,343.68 | 28,992.46 | 26,701.48 |
| | Total Expenses | 233,720.97 | 217,028.77 | 213,693.46 | 240,427.99 | 225,507.79 | 239,950.15 |
| | Net Income | ($ 57,416.69) | (36,002.90) | (11,806.21) | (40,575.47) | (39,029.82) | (62,456.64) |