**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 26-22713-JCM |
| | ) |
| Prime Therapy Holdings, LLC, *et al*.[1] | ) **Chapter** 11 (Subchapter V) |
| | ) **Joint Administration** |
| **Debtors,** | ) |
| | ) Related to Doc. No. 59 |
| Prime Therapy Holdings, LLC, *et al*. | ) |
| **Movant,** | ) |
| **vs.** | ) |
| No Respondents. | ) |

**ORDER OF COURT**

**AND NOW** this ___14th___ day of ___October____, 2026, upon consideration of the Debtors' Joint Motion, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The deadline for the Debtors to complete and file its Petition, Schedules, Statements of Financial Affairs, and other related documents is hereby extended by seven (7) days, up to and including **OCTOBER 20, 2026**.

**By the Court,**

jlm

**Honorable John C. Melaragno**
**United States Bankruptcy Court**

SIGNED
10/14/26 8:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number are: Prime Therapy Holdings, Inc. (3911); Rocky Mountain Physical Therapy, Inc. (3143); Baylife PT and Rehabilitation, Inc. (9934); Baylife Physical Therapy & Rehabilitation QPR, LLC (5805); and Baylife Physical Therapy & Rehabilitation BIA, LLC (0142). The lead Debtor's corporate address is 470 Johnson Road, Washington, PA 15301-8944.