**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA - PITTSBURGH DIVISION District of PENNSYLVANIA - Pittsburgh**

| | |
|---|---|
| RE: **BAYLIFE PHYSICAL THERAPY AND REHABILITATION INC** | : |
| | : Bankruptcy Number: 26-22717-JCM |
| **Debtor** | : Chapter: 11 |

**REQUEST FOR NOTICES**

**TO THE CLERK OF THE U. S. BANKRUPTCY COURT**

Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, Jonathan Fertal , hereby requests that a copy of all notices and papers in this action be served at the agent's office at the below captioned address.

Dated: 10/16/2026

By: /S/ Jonathan Fertal

Jonathan Fertal
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
PO Box 68568
Harrisburg, PA 17106-8568
Telephone: (717) 571-0818
Fax: (717) 787-7671
Email: ra-li-ucts-bankpitts@pa.gov