**Fill in this information to identify the case:**

Debtor name **Prime Therapy Holdings, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **26-22713**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 20, 2026**

X **/s/ Ryan Christoff**
Signature of individual signing on behalf of debtor

**Ryan Christoff**
Printed name

**Director**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Prime Therapy Holdings, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **26-22713**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ **935.59** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ **935.59** |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ **448,907.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ **0.00** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | +$ **1,391,505.15** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ **1,840,412.15** |

**Fill in this information to identify the case:**

Debtor name **Prime Therapy Holdings, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **26-22713**

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | | **Current value of debtor's interest** |
|---|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*<br>Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **PNC Bank, N.A.** | **Checking/Depository** | **4034** | **$283.05** |
| 3.2. | **PNC Bank** | **Checking/Depository** | **6725** | **$652.54** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. **$935.59**

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.

☐ Yes Fill in the information below.

Debtor **Prime Therapy Holdings, Inc.** Case number *(If known)* **26-22713**
Name

## Part 4: Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | | |
| 15.1. | **100% Equity in Rocky Mountain Physical Therapy Inc. (RMPT Debtor at Case No. 26-22714-JCM (W.D.Pa.))** | **100%** % | **N/A** | **Unknown** |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | | |
| 17. | **Total of Part 4.**<br>Add lines 14 through 16. Copy the total to line 83. | | | **$0.00** |

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

Debtor **Prime Therapy Holdings, Inc.**
Name

Case number *(If known)* **26-22713**

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ■ No. Go to Part 11.
- ☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ■ No. Go to Part 12.
- ☐ Yes Fill in the information below.

Debtor **Prime Therapy Holdings, Inc.** Case number *(If known)* **26-22713**
Name

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$935.59** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | | |
| 88. | **Real property.** *Copy line 56, Part 9*..........> | | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$935.59** | + 91b. | **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | **$935.59** |

**Fill in this information to identify the case:**

Debtor name **Prime Therapy Holdings, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **26-22713**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

2.1 **PNC Bank**
Creditor's Name
**249 Fifth Ave.**
**P1-POPP-17A-7**
**Pittsburgh, PA 15222**
Creditor's mailing address

**jennifer.callen@pnc.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$448,907.00**
Column B: **$0.00**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$448,907.00**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Prime Therapy Holdings, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **26-22713**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| 3.1 | **Bass, Berry & Sims PLC**<br>**150 Third Avenue South**<br>**Suite 2800**<br>**Nashville, TN 37201**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$50,000.00** |
| 3.2 | **CBIZ MHM, LLC - New York**<br>**P.O. Box 952753**<br>**Saint Louis, MO 63195**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$28,468.00** |
| 3.3 | **CSC**<br>**PO Box 7410023**<br>**Chicago, IL 60674-5023**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$484.70** |
| 3.4 | **Darryl M. Yonkers**<br>**104 Poplar Street**<br>**Canonsburg, PA 15317**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,250.00** |

Debtor **Prime Therapy Holdings, Inc.** Case number (if known) **26-22713**
Name

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**iMagnum Healthcare Solutions Inc**<br>**26077 Nelson Way**<br>**Katy, TX 77494**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,807.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Martin Healthcare Advisors, LLC**<br>**10000 Lincoln Dr E Ste 201**<br>**Marlton, NJ 08053**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$15,000.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Prediction Health**<br>**PO Box 158778**<br>**Nashville, TN 37215**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,510.00** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Prompt Therapy Solutions Inc.**<br>**1000 Maxwell Lane**<br>**Suite 700**<br>**Hoboken, NJ 07030**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$29,951.57** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**PT Pilot Billing and RCM**<br>**340 Falconer Dr**<br>**Covington, LA 70433**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,190.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Ryan Christoff**<br>**1508 Network Drive**<br>**Canonsburg, PA 15317**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$636.98** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Shannon Vissman**<br>**1241 Turnberry Dr**<br>**Pittsburgh, PA 15241**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$215.80** |

Debtor **Prime Therapy Holdings, Inc.** Case number (if known) **26-22713**
Name

3.12 **Nonpriority creditor's name and mailing address**
**Silicon Valley Bank**
**53 State St.**
**Boston, MA 02108**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,111,083.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.13 **Nonpriority creditor's name and mailing address**
**TCFG Wealth Management LLC**
**28202 Cabot Road, Suite 300**
**Laguna Niguel, CA 92677**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
**Tucker Arensberg**
**1500 One PPG Place**
**Pittsburgh, PA 15222**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$99,662.51**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
**Venturity Financial**
**14841 N. Dallas Parkway**
**Suite 600**
**Dallas, TX 75254**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,343.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
**Vissman Management**
**470 Johnson Road**
**Suite 160**
**Washington, PA 15301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,901.87**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **1,391,505.15** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **1,391,505.15** |

**Fill in this information to identify the case:**

Debtor name **Prime Therapy Holdings, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **26-22713**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Amended and Restated Administrative Services Agreement** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Baylife PT and Rehabilitation Inc.** |

**Fill in this information to identify the case:**

Debtor name **Prime Therapy Holdings, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **26-22713**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Prime Therapy Holdings, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **26-22713**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other | **$1,816,588.81** |
| **For prior year:**<br>From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other | **$4,064,636.14** |
| **For year before that:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$4,576,083.63** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor **Prime Therapy Holdings, Inc.** Case number *(if known)* **26-22713**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See Attached List** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Attached List** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

# Intercompany Reconciliation | Reconciled vs. Exception Periods

*Monthly posted activity only • MO, KS and PT Network excluded • Difference = Entity A net + Entity B net*

| | |
|---|---|
| **Pairs reviewed** | 7 |
| **Reconciled period rows** | 70 |
| **Jul–Sep differences** | 14 |

**RECONCILED PERIOD | September 2025 – June 2026 | 70 pair-month rows • 0 differences**

| Entity Pair | Month | Entity A | A GL | A Debits | A Credits | A Net | Entity B | B GL | B Debits | B Credits | B Net | Net Difference | Status | Txn Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BPT ⇔ BIA | Sep-25 | BPT | 134 | $222,675.21 | $398,219.73 | ($175,544.52) | BIA | 134 | $396,148.97 | $220,604.45 | $175,544.52 | - | MATCH | 108 |
| BPT ⇔ BIA | Oct-25 | BPT | 134 | $310,878.54 | $220,420.60 | $90,457.94 | BIA | 134 | $216,759.74 | $307,217.68 | ($90,457.94) | - | MATCH | 126 |
| BPT ⇔ BIA | Nov-25 | BPT | 134 | $239,953.42 | $183,552.51 | $56,400.91 | BIA | 134 | $180,802.83 | $237,203.74 | ($56,400.91) | - | MATCH | 95 |
| BPT ⇔ BIA | Dec-25 | BPT | 134 | $210,423.68 | $193,941.26 | $16,482.42 | BIA | 134 | $191,097.76 | $207,580.18 | ($16,482.42) | $0.00 | MATCH | 109 |
| BPT ⇔ BIA | Jan-26 | BPT | 134 | $182,463.38 | $158,783.20 | $23,680.18 | BIA | 134 | $155,618.54 | $179,298.72 | ($23,680.18) | - | MATCH | 94 |
| BPT ⇔ BIA | Feb-26 | BPT | 134 | $208,132.79 | $175,575.00 | $32,557.79 | BIA | 134 | $171,236.62 | $203,794.41 | ($32,557.79) | - | MATCH | 87 |
| BPT ⇔ BIA | Mar-26 | BPT | 134 | $200,507.77 | $217,769.60 | ($17,261.83) | BIA | 134 | $214,604.94 | $197,343.11 | $17,261.83 | $0.00 | MATCH | 104 |
| BPT ⇔ BIA | Apr-26 | BPT | 134 | $245,455.03 | $221,271.92 | $24,183.11 | BIA | 134 | $218,107.26 | $242,290.37 | ($24,183.11) | ($0.00) | MATCH | 116 |
| BPT ⇔ BIA | May-26 | BPT | 134 | $263,645.74 | $195,220.57 | $68,425.17 | BIA | 134 | $190,531.84 | $258,957.01 | ($68,425.17) | - | MATCH | 104 |
| BPT ⇔ BIA | Jun-26 | BPT | 134 | $223,207.80 | $190,941.75 | $32,266.05 | BIA | 134 | $188,071.82 | $220,337.87 | ($32,266.05) | $0.00 | MATCH | 110 |
| BPT ⇔ QPR | Sep-25 | BPT | 133 | $155,936.43 | $261,293.24 | ($105,356.81) | QPR | 133 | $258,908.41 | $153,551.60 | $105,356.81 | $0.00 | MATCH | 104 |
| BPT ⇔ QPR | Oct-25 | BPT | 133 | $186,132.54 | $132,011.76 | $54,120.78 | QPR | 133 | $128,396.55 | $182,517.33 | ($54,120.78) | - | MATCH | 118 |
| BPT ⇔ QPR | Nov-25 | BPT | 133 | $128,909.91 | $127,130.30 | $1,779.61 | QPR | 133 | $124,720.62 | $126,500.23 | ($1,779.61) | $0.00 | MATCH | 87 |
| BPT ⇔ QPR | Dec-25 | BPT | 133 | $147,157.94 | $138,245.62 | $8,912.32 | QPR | 133 | $135,835.94 | $144,748.26 | ($8,912.32) | - | MATCH | 108 |
| BPT ⇔ QPR | Jan-26 | BPT | 133 | $143,869.13 | $108,872.52 | $34,996.61 | QPR | 133 | $106,268.72 | $141,265.33 | ($34,996.61) | - | MATCH | 89 |
| BPT ⇔ QPR | Feb-26 | BPT | 133 | $149,320.11 | $145,302.37 | $4,017.74 | QPR | 133 | $142,698.57 | $146,716.31 | ($4,017.74) | - | MATCH | 102 |
| BPT ⇔ QPR | Mar-26 | BPT | 133 | $137,766.93 | $159,671.49 | ($21,904.56) | QPR | 133 | $156,958.35 | $135,053.79 | $21,904.56 | $0.00 | MATCH | 98 |
| BPT ⇔ QPR | Apr-26 | BPT | 133 | $159,290.11 | $149,460.92 | $9,829.19 | QPR | 133 | $146,638.44 | $156,467.63 | ($9,829.19) | $0.00 | MATCH | 117 |
| BPT ⇔ QPR | May-26 | BPT | 133 | $189,704.08 | $125,549.53 | $64,154.55 | QPR | 133 | $121,097.13 | $185,251.68 | ($64,154.55) | - | MATCH | 105 |
| BPT ⇔ QPR | Jun-26 | BPT | 133 | $155,977.91 | $109,759.57 | $46,218.34 | QPR | 133 | $106,718.41 | $152,936.75 | ($46,218.34) | - | MATCH | 107 |
| BPT ⇔ RMPT | Sep-25 | BPT | 135 | $127,613.97 | $83,996.36 | $43,617.61 | RMPT | 135 | $83,996.36 | $127,613.97 | ($43,617.61) | - | MATCH | 48 |
| BPT ⇔ RMPT | Oct-25 | BPT | 135 | $103,992.49 | $118,851.28 | ($14,858.79) | RMPT | 135 | $118,851.28 | $103,992.49 | $14,858.79 | $0.00 | MATCH | 48 |
| BPT ⇔ RMPT | Nov-25 | BPT | 135 | $72,321.29 | $44,367.35 | $27,953.94 | RMPT | 135 | $44,367.35 | $72,321.29 | ($27,953.94) | - | MATCH | 42 |
| BPT ⇔ RMPT | Dec-25 | BPT | 135 | $93,739.74 | $116,036.73 | ($22,296.99) | RMPT | 135 | $116,036.73 | $93,739.74 | $22,296.99 | - | MATCH | 49 |
| BPT ⇔ RMPT | Jan-26 | BPT | 135 | $115,977.80 | $51,745.31 | $64,232.49 | RMPT | 135 | $51,745.31 | $115,977.80 | ($64,232.49) | - | MATCH | 40 |
| BPT ⇔ RMPT | Feb-26 | BPT | 135 | $71,741.05 | $26,258.28 | $45,482.77 | RMPT | 135 | $26,258.28 | $71,741.05 | ($45,482.77) | - | MATCH | 38 |
| BPT ⇔ RMPT | Mar-26 | BPT | 135 | $52,448.96 | $35,891.09 | $16,557.87 | RMPT | 135 | $35,891.09 | $52,448.96 | ($16,557.87) | - | MATCH | 54 |
| BPT ⇔ RMPT | Apr-26 | BPT | 135 | $70,199.12 | $28,257.12 | $41,942.00 | RMPT | 135 | $28,257.12 | $70,199.12 | ($41,942.00) | - | MATCH | 63 |
| BPT ⇔ RMPT | May-26 | BPT | 135 | $58,619.87 | $28,947.34 | $29,672.53 | RMPT | 135 | $28,947.34 | $58,619.87 | ($29,672.53) | - | MATCH | 49 |
| BPT ⇔ RMPT | Jun-26 | BPT | 135 | $54,795.58 | $51,001.82 | $3,793.76 | RMPT | 135 | $51,001.82 | $54,795.58 | ($3,793.76) | ($0.00) | MATCH | 62 |
| BPT ⇔ PTH | Sep-25 | BPT | 136 | $83,132.55 | $155,000.00 | ($71,867.45) | PTH | 136 | $155,000.00 | $83,132.55 | $71,867.45 | - | MATCH | 12 |
| BPT ⇔ PTH | Oct-25 | BPT | 136 | $123,406.60 | $235,000.00 | ($111,593.40) | PTH | 136 | $235,000.00 | $123,406.60 | $111,593.40 | - | MATCH | 24 |
| BPT ⇔ PTH | Nov-25 | BPT | 136 | $210,438.77 | $275,000.00 | ($64,561.23) | PTH | 136 | $275,000.00 | $210,438.77 | $64,561.23 | - | MATCH | 14 |
| BPT ⇔ PTH | Dec-25 | BPT | 136 | $41,087.37 | $125,000.00 | ($83,912.63) | PTH | 136 | $125,000.00 | $41,087.37 | $83,912.63 | - | MATCH | 14 |
| BPT ⇔ PTH | Jan-26 | BPT | 136 | $55,351.70 | $120,000.00 | ($64,648.30) | PTH | 136 | $120,000.00 | $55,351.70 | $64,648.30 | - | MATCH | 10 |
| BPT ⇔ PTH | Feb-26 | BPT | 136 | $33,400.84 | $125,000.00 | ($91,599.16) | PTH | 136 | $125,000.00 | $33,400.84 | $91,599.16 | - | MATCH | 10 |
| BPT ⇔ PTH | Mar-26 | BPT | 136 | $40,953.53 | $125,000.00 | ($84,046.47) | PTH | 136 | $125,000.00 | $40,953.53 | $84,046.47 | - | MATCH | 14 |
| BPT ⇔ PTH | Apr-26 | BPT | 136 | $68,548.20 | $200,000.00 | ($131,451.80) | PTH | 136 | $200,000.00 | $68,548.20 | $131,451.80 | - | MATCH | 14 |
| BPT ⇔ PTH | May-26 | BPT | 136 | $8,765.99 | - | $8,765.99 | PTH | 136 | - | $8,765.99 | ($8,765.99) | - | MATCH | 4 |
| BPT ⇔ PTH | Jun-26 | BPT | 136 | $13,478.20 | - | $13,478.20 | PTH | 136 | - | $13,478.20 | ($13,478.20) | - | MATCH | 6 |
| BIA ⇔ QPR | Sep-25 | BIA | 133 | - | - | - | QPR | 134 | - | - | - | - | MATCH | 0 |
| BIA ⇔ QPR | Oct-25 | BIA | 133 | - | - | - | QPR | 134 | - | - | - | - | MATCH | 0 |
| BIA ⇔ QPR | Nov-25 | BIA | 133 | - | - | - | QPR | 134 | - | - | - | - | MATCH | 0 |
| BIA ⇔ QPR | Dec-25 | BIA | 133 | - | - | - | QPR | 134 | - | - | - | - | MATCH | 0 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BIA ⇔ QPR | Jan-26 | BIA | 133 | - | - | - | QPR | 134 | - | - | - | - | MATCH | 0 |
| BIA ⇔ QPR | Feb-26 | BIA | 133 | - | - | - | QPR | 134 | - | - | - | - | MATCH | 0 |
| BIA ⇔ QPR | Mar-26 | BIA | 133 | - | - | - | QPR | 134 | - | - | - | - | MATCH | 0 |
| BIA ⇔ QPR | Apr-26 | BIA | 133 | - | - | - | QPR | 134 | - | - | - | - | MATCH | 0 |
| BIA ⇔ QPR | May-26 | BIA | 133 | - | - | - | QPR | 134 | - | - | - | - | MATCH | 0 |
| BIA ⇔ QPR | Jun-26 | BIA | 133 | - | - | - | QPR | 134 | - | - | - | - | MATCH | 0 |
| BIA ⇔ RMPT | Sep-25 | BIA | 135 | - | - | - | RMPT | 134 | - | - | - | - | MATCH | 0 |
| BIA ⇔ RMPT | Oct-25 | BIA | 135 | $2,000.00 | $5,036.00 | ($3,036.00) | RMPT | 134 | $5,036.00 | $2,000.00 | $3,036.00 | - | MATCH | 6 |
| BIA ⇔ RMPT | Nov-25 | BIA | 135 | - | - | - | RMPT | 134 | - | - | - | - | MATCH | 0 |
| BIA ⇔ RMPT | Dec-25 | BIA | 135 | - | - | - | RMPT | 134 | - | - | - | - | MATCH | 0 |
| BIA ⇔ RMPT | Jan-26 | BIA | 135 | - | $208.84 | ($208.84) | RMPT | 134 | $208.84 | - | $208.84 | - | MATCH | 4 |
| BIA ⇔ RMPT | Feb-26 | BIA | 135 | - | - | - | RMPT | 134 | - | - | - | - | MATCH | 0 |
| BIA ⇔ RMPT | Mar-26 | BIA | 135 | - | $3,000.00 | ($3,000.00) | RMPT | 134 | $3,000.00 | - | $3,000.00 | - | MATCH | 2 |
| BIA ⇔ RMPT | Apr-26 | BIA | 135 | - | $11,003.08 | ($11,003.08) | RMPT | 134 | $11,003.08 | - | $11,003.08 | - | MATCH | 2 |
| BIA ⇔ RMPT | May-26 | BIA | 135 | - | - | - | RMPT | 134 | - | - | - | - | MATCH | 0 |
| BIA ⇔ RMPT | Jun-26 | BIA | 135 | - | $12,262.88 | ($12,262.88) | RMPT | 134 | $12,262.88 | - | $12,262.88 | - | MATCH | 6 |
| QPR ⇔ RMPT | Sep-25 | QPR | 135 | - | - | - | RMPT | 133 | - | - | - | - | MATCH | 0 |
| QPR ⇔ RMPT | Oct-25 | QPR | 135 | - | $7,000.00 | ($7,000.00) | RMPT | 133 | $7,000.00 | - | $7,000.00 | - | MATCH | 2 |
| QPR ⇔ RMPT | Nov-25 | QPR | 135 | - | $14,000.00 | ($14,000.00) | RMPT | 133 | $14,000.00 | - | $14,000.00 | - | MATCH | 2 |
| QPR ⇔ RMPT | Dec-25 | QPR | 135 | - | - | - | RMPT | 133 | - | - | - | - | MATCH | 0 |
| QPR ⇔ RMPT | Jan-26 | QPR | 135 | - | - | - | RMPT | 133 | - | - | - | - | MATCH | 0 |
| QPR ⇔ RMPT | Feb-26 | QPR | 135 | - | - | - | RMPT | 133 | - | - | - | - | MATCH | 0 |
| QPR ⇔ RMPT | Mar-26 | QPR | 135 | - | $10,000.00 | ($10,000.00) | RMPT | 133 | $10,000.00 | - | $10,000.00 | - | MATCH | 2 |
| QPR ⇔ RMPT | Apr-26 | QPR | 135 | - | - | - | RMPT | 133 | - | - | - | - | MATCH | 0 |
| QPR ⇔ RMPT | May-26 | QPR | 135 | - | - | - | RMPT | 133 | - | - | - | - | MATCH | 0 |
| QPR ⇔ RMPT | Jun-26 | QPR | 135 | - | $9,000.00 | ($9,000.00) | RMPT | 133 | $9,000.00 | - | $9,000.00 | - | MATCH | 4 |

**NON-RECONCILING PERIOD | July – September 2026 | 14 differences across 21 pair-month rows**

| Entity Pair | Month | Entity A | A GL | A Debits | A Credits | A Net | Entity B | B GL | B Debits | B Credits | B Net | Net Difference | Status | Txn Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BIA ⇔ QPR | Jul-26 | BIA | 133 | - | - | - | QPR | 134 | - | - | - | - | MATCH | 0 |
| BIA ⇔ RMPT | Jul-26 | BIA | 135 | - | $482.47 | ($482.47) | RMPT | 134 | $779.47 | - | $779.47 | $297.00 | DIFFERENCE | 3 |
| BPT ⇔ BIA | Jul-26 | BPT | 134 | $185,067.92 | $4,154.20 | $180,913.72 | BIA | 134 | $1,459.54 | $180,502.12 | ($179,042.58) | $1,871.14 | DIFFERENCE | 77 |
| BPT ⇔ PTH | Jul-26 | BPT | 136 | $8,344.04 | $120,344.04 | ($112,000.00) | PTH | 136 | $115,000.00 | $3,000.00 | $112,000.00 | - | MATCH | 8 |
| BPT ⇔ QPR | Jul-26 | BPT | 133 | $129,850.79 | $27,030.80 | $102,819.99 | QPR | 133 | $17,678.39 | $145,308.90 | ($127,630.51) | ($24,810.52) | DIFFERENCE | 100 |
| BPT ⇔ RMPT | Jul-26 | BPT | 135 | $17,993.05 | $39,054.92 | ($21,061.87) | RMPT | 135 | $35,017.29 | $9,933.66 | $25,083.63 | $4,021.76 | DIFFERENCE | 42 |
| QPR ⇔ RMPT | Jul-26 | QPR | 135 | - | - | - | RMPT | 133 | - | - | - | - | MATCH | 0 |
| BIA ⇔ QPR | Aug-26 | BIA | 133 | - | - | - | QPR | 134 | - | - | - | - | MATCH | 0 |
| BIA ⇔ RMPT | Aug-26 | BIA | 135 | - | $1,689.96 | ($1,689.96) | RMPT | 134 | $297.00 | - | $297.00 | ($1,392.96) | DIFFERENCE | 7 |
| BPT ⇔ BIA | Aug-26 | BPT | 134 | $25,598.00 | - | $25,598.00 | BIA | 134 | - | $16,121.93 | ($16,121.93) | $9,476.07 | DIFFERENCE | 26 |
| BPT ⇔ PTH | Aug-26 | BPT | 136 | $10,876.58 | - | $10,876.58 | PTH | 136 | - | - | - | $10,876.58 | DIFFERENCE | 1 |
| BPT ⇔ QPR | Aug-26 | BPT | 133 | $10,816.19 | $2,059.50 | $8,756.69 | QPR | 133 | $2,059.50 | $3,597.00 | ($1,537.50) | $7,219.19 | DIFFERENCE | 22 |
| BPT ⇔ RMPT | Aug-26 | BPT | 135 | $9,069.46 | $19,924.00 | ($10,854.54) | RMPT | 135 | $22,952.27 | - | $22,952.27 | $12,097.73 | DIFFERENCE | 32 |
| QPR ⇔ RMPT | Aug-26 | QPR | 135 | - | $597.00 | ($597.00) | RMPT | 133 | $1,533.06 | - | $1,533.06 | $936.06 | DIFFERENCE | 5 |
| BIA ⇔ QPR | Sep-26 | BIA | 133 | - | - | - | QPR | 134 | - | - | - | - | MATCH | 0 |
| BIA ⇔ RMPT | Sep-26 | BIA | 135 | - | - | - | RMPT | 134 | - | - | - | - | MATCH | 0 |
| BPT ⇔ BIA | Sep-26 | BPT | 134 | $59,279.20 | $91,000.00 | ($31,720.80) | BIA | 134 | - | $8,000.00 | ($8,000.00) | ($39,720.80) | DIFFERENCE | 14 |
| BPT ⇔ PTH | Sep-26 | BPT | 136 | $296,961.72 | $173,708.00 | $123,253.72 | PTH | 136 | - | $3,000.00 | ($3,000.00) | $120,253.72 | DIFFERENCE | 9 |
| BPT ⇔ QPR | Sep-26 | BPT | 133 | $2,917.36 | $2,292.00 | $625.36 | QPR | 133 | $2,292.00 | - | $2,292.00 | $2,917.36 | DIFFERENCE | 13 |
| BPT ⇔ RMPT | Sep-26 | BPT | 135 | $12,211.88 | $108,700.00 | ($96,488.12) | RMPT | 135 | $204,319.28 | $109,341.61 | $94,977.67 | ($1,510.45) | DIFFERENCE | 43 |
| QPR ⇔ RMPT | Sep-26 | QPR | 135 | - | - | - | RMPT | 133 | - | - | - | - | MATCH | 0 |

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Calaiaro Valencik**<br>**555 Grant Street**<br>**Suite 300**<br>**Pittsburgh, PA 15219** | **$20,000.00 Initial Retainer (1/5 of $100,000.00 total wire received)**<br>**Wired into C-V IOLTA account** | **09/28/2026** | **$20,000.00** |

**Email or website address**
**www.c-vlaw.com**

**Who made the payment, if not debtor?**
**NaviMed Partners LP**

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Calaiaro Valencik**<br>**555 Grant Street**<br>**Suite 300**<br>**Pittsburgh, PA 15219** | **$1,738.00 Filing Fee (1/5 of $8,690.00 total wire received)**<br>**Wired into C-V IOLTA account** | **09/28/2026** | **$1,738.00** |

**Email or website address**
**www.c-vlaw.com**

**Who made the payment, if not debtor?**
**Baylife Physical Therapy and Rehabilitation Inc.**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Calaiaro Valencik**<br>**555 Grant Street**<br>**Suite 300**<br>**Pittsburgh, PA 15219** | **$3,618.00 Prepetition Legal Fees**<br><br>**Transferred from IOLTA to General Operating Account. Not additional funds received by or on behalf of Debtor.** | **09/29/2026** | **$3,618.00** |

Email or website address
**www.c-vlaw.com**

Who made the payment, if not debtor?
**Debtor (VIA C-V IOLTA)**

| | | | | |
|---|---|---|---|---|
| 11.4. | **Calaiaro Valencik**<br>**555 Grant Street**<br>**Suite 300**<br>**Pittsburgh, PA 15219** | **$1,738.00 Filing Fee Reimbursement**<br><br>**Transferred from IOLTA to General Operating Account. Not additional funds received by or on behalf of Debtor.** | **09/29/2026** | **$1,738.00** |

Email or website address
**www.c-vlaw.com**

Who made the payment, if not debtor?
**Debtor (Via C-V IOLTA)**

| | | | | |
|---|---|---|---|---|
| 11.5. | **Meridian Management Partners LLC**<br>**39 Newgate Road**<br>**Pittsburgh, PA 15202** | **$5,000.00 Initial Retainer (1/5 of $25,000.00 Initial Retainer requested)** | | **$5,000.00** |

Email or website address
**www.meridianmp.com**

Who made the payment, if not debtor?

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Name, Address, SSN, Date of Birth, Medical Conditions, Insurance, Driver's License**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|---|
| 25.1. | **Rocky Mountain Physical Therapy Inc.<br>470 Johnson Road, Suite 100<br>Washington, PA 15301** | **Physical Therapy** | EIN: **36-4663143**<br>From-To **2020-Present** |
| 25.2. | **Baylife PT and Rehabilitation Inc.<br>470 Johnson Road, Suite 100<br>Washington, PA 15301** | **Physical Therapy** | EIN: **59-3449934**<br>From-To **1997-Present** |
| 25.3. | **Baylife PT & Rehabilitation BIA LLC<br>470 Johnson Road, Suite 100<br>Washington, PA 15301** | **Physical Therapy** | EIN: **84-3010142**<br>From-To **2019-Present** |
| 25.4. | **Baylife PT and Rehabilitation QPR, LLC<br>470 Johnson Road, Suite 100<br>Washington, PA 15301** | **Physical Therapy** | EIN: **84-1905805**<br>From-To **2019-Present** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Venturity Financial Partners Inc.<br>14841 N. Dallas Parkway<br>Suite 600<br>Dallas, TX 75254** | **01/31/2024-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Lane Gorman Trubitt<br>2626 Howell St., Suite 700<br>Dallas, TX 75204** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Venturity Financial Partners, Inc.<br>14841 N. Dallas Parkway<br>Suite 600<br>Dallas, TX 75254** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **PNC Bank**<br>**One PNC Plaza**<br>**249 Fifth Avenue**<br>**Pittsburgh, PA 15222** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **NaviMed Partners LP** | | **Equity Holder** | **96.29%** |
| **NaviMed Partners Executive Fund LP** | | **Equity Holder** | **3.71%** |
| **Ryan Christoff** | **1508 Network Drive**<br>**Canonsburg, PA 15317** | **President** | **N/A** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See Attached List** | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

## CONSOLIDATED RELATED-PARTY AP PAYMENTS — ALL ENTITIES

Final reported amounts use payment-side GL through June 2026; July–September 2026 use the proofed Vendor details Jul26toSep26 tab as the priority source. Bill.com remains the control source, vendor credits are r

| Related Party | Oct-25 | Nov-25 | Dec-25 | Jan-26 | Feb-26 | Mar-26 | Apr-26 | May-26 | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patricia Ryan | - | - | - | - | - | $19.46 | - | - | - | - | - | - | $19.46 |
| Ryan Christoff | - | - | - | - | - | - | $3,144.08 | - | - | - | - | $1,507.88 | $4,651.96 |
| Shannon | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Stuart | - | - | - | - | $1,689.10 | $1,818.60 | - | - | - | - | - | - | $3,507.70 |
| Seaton Hill | $19,946.60 | $9,064.00 | $9,064.00 | $9,064.00 | $9,064.00 | $7,245.40 | $9,064.00 | $13,699.00 | $12,154.00 | $9,064.00 | $16,789.00 | $14,364.00 | $138,582.00 |
| Vissman | $23,826.06 | $12,359.95 | $12,380.06 | $11,314.19 | $10,019.60 | $15,306.02 | $9,855.13 | $9,068.89 | $9,868.57 | $9,967.05 | $9,897.26 | $9,901.87 | $143,764.65 |
| PTI | - | - | - | - | $30,723.24 | - | $10,905.17 | $19,148.50 | $4,431.66 | - | $10,059.67 | - | $75,268.24 |
| Tom Fischer | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Salmon Levi | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL** | **$43,772.66** | **$21,423.95** | **$21,444.06** | **$20,378.19** | **$51,495.94** | **$24,389.48** | **$32,968.38** | **$41,916.39** | **$26,454.23** | **$19,031.05** | **$36,745.93** | **$25,773.75** | **$365,794.01** |

☐ No
■ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| **Prime Therapy Holdings Inc.** | **EIN:** **83-3383911** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 20, 2026**

**/s/ Ryan Christoff**
Signature of individual signing on behalf of the debtor

**Ryan Christoff**
Printed name

Position or relationship to debtor **Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re **Prime Therapy Holdings, Inc.** Debtor(s) — Case No. **26-22713** Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **TO BE DETERMINED** |
| Prior to the filing of this statement I have received | $ | **20,000.00** |
| Balance Due | $ | **TO BE DETERMINED** |

*** In the 12 months prior to the Petition Date, Calaiaro Valencik received a total of $21,738.00 for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case. On September 28, 2026, Calaiaro Valencik received a total of $100,000.00 from Navimed Partners LP, a nondebtor affiliate of the Debtor. The $100,000 was the total retainer received for the Debtor and its affiliated bankruptcy cases, with $20,000 allocated for each debtor. Additionally, also on September 28, 2026, Calaiaro Valencik received a total of $8,690.00 from Baylife Phyiscal Therapy and Rehabilitation Inc., a debtor affiliate. The $8,690.00 was the total filing fee for the Debtor and its affiliated bankruptcy cases, with $1,738 allocated for each debtor. On September 29, 2026, prior to the bankruptcy filing, Calaiaro Valencik was paid $3,618.00 for its prepetition legal fees. Additionally, contemporaneous with the filing, Calaiaro Valencik was reimbursed the filing fee of $1,738.00. The prepetition legal fees and filing fee were paid from funds held in IOLTA and not additional funds received by or on behalf of the Debtor. Currently, there is $16,382.00 remaining in Calaiaro Valencik's IOLTA, where it will remain until further order of court.**

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor

   ☑ Other (specify): **Funds received from Navimed Partners LP and Baylife Physical Therapy and Rehabilitation Inc. as described above.**

4. The source of compensation to be paid to me is:

   ☑ Debtor

   ☑ Other (specify): **Funds may be paid from any DIP Financing, Sale Proceeds, or other compensation**

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [List other services that counsel has agreed to provide]

   **Final Fees and costs to be determined and subject to Bankruptcy Court approval. All work will be billed hourly based on hourly rates set forth in Engagement Agreement and approved in Motion to Employ Counsel.**

   **Work contemplated shall include:**

   **(a) Preparation of the bankruptcy petition and attendance at the Initial Debtor Interview and 341 meeting of**

In re **Prime Therapy Holdings, Inc.** Case No. **26-22713**
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**creditors.**

**(b) Representation of the Debtor in relation to negotiating an agreement on cash collateral.**

**(c) Representation of the Debtor in relation to acceptance or rejection of executory contracts.**

**(d) Advising the Debtor regarding his rights and obligations during the chapter 11 case.**

**(e) Representation of the Debtor in relation to any motions to convert or dismiss this Chapter 11.**

**(f) Representation of the Debtor in relation to any motions for relief from stay filed by any creditors.**

**(g) Preparation of the Chapter 11 Plan and Disclosure Statements, including attending confirmation hearings.**

**(h) Preparation of any objection to claims in the Chapter 11.**

**(i) Otherwise, representing the Debtor in general.**

**This is a non-exhaustive list of the representation needed in a typical chapter 11 case and should not be viewed as a limitation for the representation should additional, case-specific matters arise.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**N/A**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 20, 2026**
*Date*

**/s/ David Z. Valencik**
**David Z. Valencik**
*Signature of Attorney*
**Calaiaro Valencik**
**555 Grant Street**
**Suite 300**
**Pittsburgh, PA 15219**
**412-232-0930 Fax: 412-232-3858**
**dvalencik@c-vlaw.com**
*Name of law firm*

# United States Bankruptcy Court
## Western District of Pennsylvania

In re **Prime Therapy Holdings, Inc.** Debtor(s)

Case No. **26-22713**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **NaviMed Partners Executive Fund LP** | **Equity Holder** | **3.71%** | |
| **NaviMed Partners LP** | **Equity Holder** | **96.29%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 20, 2026**

Signature **/s/ Ryan Christoff**
**Ryan Christoff**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Pennsylvania

In re **Prime Therapy Holdings, Inc.** Debtor(s)

Case No. **26-22713**
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **October 20, 2026**

**/s/ Ryan Christoff**
**Ryan Christoff**/**Director**
Signer/Title