**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No. 26-22713-JCM** |
| | ) |
| **Prime Therapy Holding, Inc.** | ) |
| | ) **Chapter 11** |
| | ) |
| **Debtor.** | ) |
| | ) **Related to doc. 34** |

**CERTIFICATE OF SERVICE OF Notice to Creditors**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 21, 2026.

Attached Mailing Matrix

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class mail or Electronic Notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading “Service by Electronic Notification,” and those served by mail will be listed under the heading “Service by First-Class Mail.”

**DATE:** October 21, 2026

/s/ David Z. Valencik

**David Z. Valencik, Esq. PA I.D. No. 308361**
**555 Grant Street, Suite 300**
**Pittsburgh, PA 15219**
**Phone: (412) 232-0930**
**Fax: (412) 232-3858**
**Email: dvalencik@c-vlaw.com**