**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **) Case No. 26-22713-JCM** |
| | **)** |
| **Prime Therapy Holding, Inc.** | **)** |
| | **) Chapter 11** |
| | **)** |
| **Debtor.** | **)** |
| | **) Related to doc. 34** |

**NOTICE TO CREDITORS**

**TO ALL CREDITORS OF Prime Therapy Holdings, Inc.:**

**1.** The "Bar Date" for filing proofs of claim has been fixed as November 30, 2026.
Governmental Units must file their claims by March 27, 2027.

**2.** The enclosed list of claims identifies how your claim was scheduled by Debtor(s) with the Bankruptcy Court.

**3.** **(a)** Your claim is shown as a secured, priority or general unsecured claim in the amount set forth in the enclosed list.

**(b)** If your claim is shown as a priority or general unsecured claim, you will be forever barred from asserting a claim in a different amount unless you file a proof of claim prior to the "Bar Date". If you believe the amount to be incorrect, you must file a proof of claim before the "Bar Date".

**4.** **(a)** If your claim is shown as a disputed, contingent, and/or unliquidated claim, your claim will be forever precluded unless you file a proof of claim before the "Bar Date".

**(b)** If your claim is shown as not disputed, not contingent and liquidated, and the amount shown is correct, you need not file a proof of claim at this time. (If the case is later converted to another chapter, however, you must file a proof of claim. You will receive a separate notice if this case is converted.)

**DATE:** October 21, 2026

/s/ David Z. Valencik

**David Z. Valencik, Esq. PA I.D. No. 308361**
**555 Grant Street, Suite 300**
**Pittsburgh, PA 15219**
**Phone: (412) 232-0930**
**Fax: (412) 232-3858**
**Email: dvalencik@c-vlaw.com**