Bass, Berry & Sims PLC
150 Third Avenue South
Suite 2800
Nashville, TN 37201

William M. Buchanan
DOJ-Ust
1000 Liberty Avenue
Ste 1316
Pittsburgh, PA 15222

CBIZ MHM, LLC - New York
P.O. Box 952753
Saint Louis, MO 63195

CSC
PO Box 7410023
Chicago, IL 60674-5023

CSU - OUCTS, PA Labor & Industry
PA Department of Labor and Industry
Office of Unemployment Compensation
651 Boas Street, Room 702
Harrisburg, PA 17121

Darryl M. Yonkers
104 Poplar Street
Canonsburg, PA 15317

James S. Fellin
The Nottingham Group
6000 Town Center Boulevard
Suite 106
Cannonsburg, PA 15317

Kathryn L. Harrison
Campbell & Levine, LLC
310 Grant Street
Suite 1700
Pittsburgh, PA 15219

Internal Revenue Service
Special Procedures Division
P.O. Box 628
Bankruptcy Section
Pittsburgh, PA 15230

Martin Healthcare Advisors, LLC
10000 Lincoln Dr E Ste 201

Marlton, NJ 08053

NoCo Pediatric OT, LLC
c/o Campbell & Levine, LLC
310 Grant Street
Suite 1700
Pittsburgh, PA 15219

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

PNC Bank
249 Fifth Ave.
P1-POPP-17A-7
Pittsburgh, PA 15222

PT Pilot Billing and RCM
340 Falconer Dr
Covington, LA 70433

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA  17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Prediction Health
PO Box 158778
Nashville, TN 37215

Prime Therapy Holdings, Inc.
470 Johnson Road, Suite 100
Washington, PA 15301-8944

Prompt Therapy Solutions Inc.
1000 Maxwell Lane
Suite 700
Hoboken, NJ 07030

Ryan Christoff
1508 Network Drive
Canonsburg, PA 15317

Shannon Vissman
1241 Turnberry Dr
Pittsburgh, PA 15241

Silicon Valley Bank
53 State St.
Boston, MA 02108

TCFG Wealth Management LLC
28202 Cabot Road, Suite 300
Laguna Niguel, CA 92677

Tucker Arensberg
1500 One PPG Place
Pittsburgh, PA 15222

Justin M. Tuskan
Metz Lewis Brodman Must O'Keefe LLC
444 Liberty Avenue
Suite 2100
Pittsburgh, PA 15222

David Z. Valencik
Calaiaro Valencik
555 Grant Street
Suite 300
Pittsburgh, PA 15219

Venturity Financial
14841 N. Dallas Parkway
Suite 600
Dallas, TX 75254

Victoria Turner
9301 Windrift Circle
Fort Pierce, FL 34945-3303

Vissman Management
470 Johnson Road
Suite 160
Washington, PA 15301

iMagnum Healthcare Solutions Inc
26077 Nelson Way
Katy, TX 77494

**Total labels:** 31

**Not printed due to inadequate address:** 2