**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 26-22713-JCM |
| Prime Therapy Holdings, Inc., *et al.*,[1] | ) |
| **Debtors.** | ) **Chapter** 11 (Subchapter V) |
| | ) **Jointly Administered** |
| Prime Therapy Holdings, Inc., *et al.,* | ) |
| **Movants,** | ) **Hearing Date:** December 2, 2026 @ 1:30 p.m. |
| **vs.** | ) **Responses Due:** November 12, 2026 |
| No Respondent. | ) **Document No.** |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF Prime Therapy Holdings, Inc., *et al.* FOR Motion to Employ Calaiaro Valencik as Counsel for the Debtors and Debtors-in-Possession as of the Petition Date**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **NOVEMBER 12, 2026** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **DECEMBER 2, 2026, at 1:30 p.m.** before Judge John C. Melaragno in Courtroom C, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

**Date of Service**: October 26, 2026 **CALAIARO VALENCIK**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number are: Prime Therapy Holdings, Inc. (3911); Rocky Mountain Physical Therapy, Inc. (3143); Baylife PT and Rehabilitation, Inc. (9934); Baylife Physical Therapy & Rehabilitation QPR, LLC (5805); and Baylife Physical Therapy & Rehabilitation BIA, LLC (0142). The lead Debtor's corporate address is 470 Johnson Road, Washington, PA 15301-8944.

**BY:** /s/ David Z. Valencik
**David Z. Valencik, Esq. PA I.D. No. 308361**
**Andrew K. Pratt, Esq. PA I.D. No. 328784**

**555 Grant Street, Suite 300**
**Pittsburgh, PA 15219**
**Phone: (412) 232-0930**
**Fax: (412) 232-3858**
**Email: dvalencik@c-vlaw.com**
**apratt@c-vlaw.com**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 26-22713-JCM |
| Prime Therapy Holdings, Inc., *et al.*,[2] | ) |
| **Debtors.** | ) **Chapter** 11 (Subchapter V) |
| | ) **Jointly Administered** |
| Prime Therapy Holdings, Inc., *et al.,* | ) |
| **Movants,** | ) **Hearing Date:** December 2, 2026 @ 1:30 p.m. |
| **vs.** | ) **Responses Due:** November 12, 2026 |
| No Respondent. | ) **Document No.** |

**CERTIFICATE OF SERVICE OF Notice of Hearing and Motion to Employ Calaiaro Valencik as Counsel for the Debtors and Debtors-in-Possession as of the Petition Date**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 26, 2026.

Attached Mailing Matrix

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading “Service by Electronic Notification,” and those served by mail will be listed under the heading “Service by First-Class Mail.”

**Date of Service:** October 26, 2026

**CALAIARO VALENCIK**

/s/ David Z. Valencik

**David Z. Valencik, Esq. PA I.D. No. 308361**
**Andrew K. Pratt, Esq. PA I.D. No. 328784**

**555 Grant Street, Suite 300**
**Pittsburgh, PA 15219**
**Phone: (412) 232-0930**
**Fax: (412) 232-3858**
**Email: dvalencik@c-vlaw.com**
**apratt@c-vlaw.com**

[2] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors’ federal tax identification number are: Prime Therapy Holdings, Inc. (3911); Rocky Mountain Physical Therapy, Inc. (3143); Baylife PT and Rehabilitation, Inc. (9934); Baylife Physical Therapy & Rehabilitation QPR, LLC (5805); and Baylife Physical Therapy & Rehabilitation BIA, LLC (0142). The lead Debtor’s corporate address is 470 Johnson Road, Washington, PA 15301-8944.