**U.S. Department of Justice**

Office of the United States Trustee

*Western District of Pennsylvania*

*William S. Moorhead Federal Building*
*1000 Liberty Avenue, Suite 1316*
*Pittsburgh, Pennsylvania 15222*

*(412) 644-4756*
*Fax (412) 644-4785*

**MINUTES OF §341 MEETING OF CREDITORS**
**CHAPTER 11**

IN RE:

Prime Therapy Holdings, Inc., *et al.*[1]

Case No. 26-22713-JCM

Chapter 11

Debtor.

The §341(a) Meeting of Creditors was convened on October 30, 2026, and closed.

ANDREW R. VARA
UNITED STATES TRUSTEE
Regions 3 and 9

By: */s/William Buchanan*
William Buchanan
Trial Attorney
Presiding Officer
William.Buchanan@usdoj.gov

Date: November 2, 2026

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number are: Prime Therapy Holdings, Inc. (3911); Rocky Mountain Physical Therapy, Inc. (3143); Baylife PT and Rehabilitation, Inc. (9934); Baylife Physical Therapy & Rehabilitation QPR, LLC (5805); and Baylife Physical Therapy & Rehabilitation BIA, LLC (0142). The lead Debtor's corporate address is 470 Johnson Road, Washington, PA 15301-8944