**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 26-22713-JCM |
| | ) |
| Prime Therapy Holdings, Inc., *et al.*,[1] | ) **Chapter** 11 (Subchapter V) |
| | ) **Jointly Administered** |
| **Debtors,** | ) |

## JOINT SUBCHAPTER V STATUS REPORT

**AND NOW**, come the Debtors and Debtors-in-Possession, Prime Therapy Holdings, Inc., Rocky Mountain Physical Therapy, Inc., Baylife Physical Therapy and Rehabilitation, Inc., Baylife Physical Therapy & Rehabilitation QPR, LLC, and Baylife Physical Therapy & Rehabilitation BIA, LLC, by and through their counsel of record, Calaiaro Valencik, and presents the following Subchapter V Status Report as required by Section 1188(c) of the Bankruptcy Code and the Order of Court dated October 1, 2026:

1. Prime Therapy Holdings, Inc., Rocky Mountain Physical Therapy, Inc., Baylife Physical Therapy and Rehabilitation, Inc., Baylife Physical Therapy & Rehabilitation QPR, LLC, and Baylife Physical Therapy & Rehabilitation BIA, LLC, (the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (as amended, the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of Pennsylvania on September 29, 2026 (the "Petition Date").

2. The Debtors each elected to proceed under subchapter V of the Bankruptcy Code. See 11 U.S.C. § 1181 *et seq*.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number are: Prime Therapy Holdings, Inc. (3911); Rocky Mountain Physical Therapy, Inc. (3143); Baylife PT and Rehabilitation, Inc. (9934); Baylife Physical Therapy & Rehabilitation QPR, LLC (5805); and Baylife Physical Therapy & Rehabilitation BIA, LLC (0142). The lead Debtor's corporate address is 470 Johnson Road, Washington, PA 15301-8944.

3. The Debtors each continue to manage their business and possess the property of the estate as Debtor-in-Possession pursuant to the Sections 1184 of the Bankruptcy Code. 11 U.S.C. § 1184.

4. On October 1, 2026, the Court approved the joint administration of the five bankruptcy cases. Doc. 27.

5. On October 1, 2026, this Honorable Court entered its *Order Establishing Case Management Deadlines* (the "Case Management Order"). Doc. No. 35. Pursuant to the Case Management Order, the Court ordered the Debtor to file a status report addressing several topics. The Debtors present this Joint Status Report to address each topic, with the appropriate heading, in order set forth in the Case Management Order:

**A. The nature of the Debtors' business, its primary place of business, the number of locations from which it operates, and the number of employees or independent contractors it utilizes in its normal business operations.**

6. The Debtors are affiliated entities that provide physical therapy and rehabilitation services. The Debtors' principal places of business are as follows:

| Debtor | Business | Principal Place of Business |
|---|---|---|
| Prime Therapy Holdings, Inc. | Physical therapy and rehabilitation (parent holding company) | Pittsburgh, Pennsylvania (Delaware corporation) |
| Rocky Mountain Physical Therapy, Inc. | Physical therapy and rehabilitation | Colorado |
| Baylife Physical Therapy and Rehabilitation, Inc., and its affiliates Baylife Physical Therapy & Rehabilitation QPR, LLC and Baylife Physical Therapy & Rehabilitation BIA, LLC | Physical therapy and rehabilitation | Florida |

7. Prime Therapy Holdings, Inc. is a holding company that owns and manages companies operating outpatient physical therapy and rehabilitation practices. Rocky

Mountain is a wholly owned subsidiary of Prime which operates in Colorado. It has 24 employees.

8. Prime does not directly own the Baylife Entities, but operates them as the sole and exclusive manage under an Amended and Restated Administrative Services Agreement. Under the ASA, Prime conducts the day-to-day non-clinical administration, management, and operation of the Baylife Entities business, including the procurement of space, equipment, and supplies; billing and collection; financial and accounting services; and control of Baylife's operating and collections accounts. The Baylife Entities retain authority over clinical matters. The Baylife Entities have 55 employees.

**B. Status of the Debtor's required tax returns and filings and identity of known or unknown tax liabilities.**

9. The Debtors are current on their required tax returns and filings.

10. Upon information and belief, the Debtors have the following known tax liabilities:

| **Debtor** | **Taxing Authority** | **Type of Tax** | **Amount** |
|---|---|---|---|
| Prime Therapy | PA DOR | Corporate Net Income Tax | $3,475.24 |
| Baylife Physical Therapy | Marlin County Tax Collector | Ad Valorem | $1,672.65 |

11. The known tax liabilities are based on the filed Proofs of Claim in the respective bankruptcy cases. The Debtors will continue to review its records and the claims when filed and take any appropriate action with respect to the claims. The Debtors reserve all rights with respect to any tax claims, including but not limited to, challenging the validity of any such claims.

**C. Summary of efforts undertaken by the Debtors to attain a consensual Plan of Reorganization.**

12. The Debtors intend to pursue going-concern sales of their operations. The Debtors are taking the appropriate steps to facilitate the sales.

13. Pending before the Court is a Motion to Employ Meridian Management Partners, who will be assisting the Debtors with the marketing and sale of the businesses.

14. At the appropriate time, the Debtors will be filing a Bid Procedures Motion and Sale Motion to allow for the approval of the sales.

15. The Debtors believe they will have sufficient liquidity to fund the administration of these cases, to continue ordinary-course operations, and to pay the compensation and expenses of the Subchapter V trustee appointed in each of the jointly administered cases. To supplement operating cash flow, the Debtors intend to seek Court approval of postpetition financing.

It is so reported.

**Respectfully Submitted,**

**DATED:** November 4, 2026

**CALAIARO VALENCIK**

**BY:** /s/ David Z. Valencik
**David Z. Valencik, Esq.** **PA I.D. No. 308361**
**Andrew K. Pratt, Esq.** **PA I.D. No. 328784**

**555 Grant Street, Suite 300**
**Pittsburgh, PA 15219**
**Phone:** **(412) 232-0930**
**Fax:** **(412) 232-3858**
**Email:** **dvalencik@c-vlaw.com**
**apratt@c-vlaw.com**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 26-22713-JCM |
| | ) |
| Prime Therapy Holdings, Inc., *et al.*, | ) **Chapter** 11 (Subchapter V) |
| | ) **Jointly Administered** |
| **Debtors,** | ) |

**CERTIFICATE OF SERVICE OF JOINT SUBCHAPTER V STATUS REPORT**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 4, 2026.

William M. Buchanan, U.S. Trustee, william.buchanan@usdoj.gov, williammbuchanan@yahoo.com;ddefoor@cohenseglias.com

James S. Fellin, Subchapter V Trustee, jfellin@nottinghamgroup.com

AND

Attached Mailing Matrix

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading “Service by Electronic Notification,” and those served by mail will be listed under the heading “Service by First-Class Mail.”

**Date of Service:** November 4, 2026

**CALAIARO VALENCIK**

/s/ David Z. Valencik
**David Z. Valencik, Esq. PA I.D. No. 308361**

**555 Grant Street, Suite 300**
**Pittsburgh, PA 15219**
**Phone: (412) 232-0930**
**Fax: (412) 232-3858**
**Email: dvalencik@c-vlaw.com**