**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 26-22713-JCM |
| | : | | |
| Prime Therapy Holdings, Inc. | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 11/5/2026 |
| | : | Time: | 01:30 |

## PROCEEDING MEMO

***MATTER*** #8 Final Hearing on Expedited Debtors Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Maintain Their Cash Management System and Pay Bank Fees, (II) Waive Certain U.S. Trustee Requirements, (III) Continue Using Existing Checks and Business Forms, (IV) Perform Intercompany Transactions, and (B) Granting Related Relief

***APPEARANCES:***

| | |
|---|---|
| Debtor: | David Z. Valencik |
| U.S. Trustee: | William M. Buchanan |
| Subchapter V Trustee: | James S. Fellin (via Zoom) |
| PNC Bank: | Justin Tuskan |

***NOTES:***

Valencik: Received no objections. Worked with PNC bank to make some changes to the final order. We will work with the parties to present a proposed final order.

J: Upload the redline and final version of the proposed order.

***OUTCOME:*** GRANTED /Counsel to upload final version of proposed order in 7 days. TO to be entered.

SIGNED
11/5/26 3:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA