**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 26-22713-JCM |
| Prime Therapy Holdings, Inc., *et al.*,[1] | ) |
| **Debtors.** | ) **Chapter** 11 (Subchapter V) |
| | ) **Jointly Administered** |
| Prime Therapy Holdings, Inc., *et al.*, | ) |
| **Movants,** | ) **Relate Document No.** 82-81 |
| **v.** | ) **Hearing Date:** 11/18/26 @ 1:30 p.m. |
| PNC Bank, N.A., | ) **Responses Due:** 11/17/26 |
| **Respondent.** | ) **Document No.** |

**CERTIFICATE OF SERVICE of Notice and Order Setting Hearing on an Expedited Basis and Expedited Motion for Interim and Final Orders Authorizing the Debtor (I) to Obtain Secured Postpetition Financing and (II) to Use Cash Collateral**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 12, 2026.

All Parties on Attached List

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class and E-mail or Fax

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** November 12, 2026

**CALAIARO VALENCIK**

/s/ David Z. Valencik
**David Z. Valencik, Esq. PA I.D. No. 308361**

**555 Grant Street, Suite 300**
**Pittsburgh, PA 15219**
**Phone: (412) 232-0930**
**Fax: (412) 232-3858**
**Email: dvalencik@c-vlaw.com**

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Prime Therapy Holdings, Inc. (3911); Rocky Mountain Physical Therapy, Inc. (3143); Baylife PT and Rehabilitation, Inc. (9934); Baylife Physical Therapy & Rehabilitation QPR, LLC (5805); and Baylife Physical Therapy & Rehabilitation BIA, LLC (0142). The lead Debtor's corporate address is 470 Johnson Road, Washington, PA 15301-8944.