**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 26-22713-JCM |
| PRIME THERAPY HOLDINGS, INC. | : | |
| Debtor. | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9007 and 11 U.S.C. § 1109, the undersigned hereby appears as counsel of record for NaviMed Partners, LP ("Creditor") in the above referenced matters.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 and 3017 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by those Rules, and pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010 of the Bankruptcy Rules, that all other notices given or required to be given to the Creditor in this case can be served upon:

Michael A. Shiner, Esquire
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
412-594-5586 (Telephone)
412-594-5619 (Facsimile)
mshiner@tuckerlaw.com

The foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets

and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

All of the above rights are expressly reserved and preserved unto these parties without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participant in this case or any controversy or proceeding related hereto.

TUCKER ARENSBERG, P.C.

Dated: November 18, 2026

*/s/ Michael A. Shiner*

Michael A. Shiner, Esq.
PA ID No. 78088
1500 One PPG Place
Pittsburgh, PA 15222
Phone: (412) 594-1212
Fax: (412) 594-5619
mshiner@tuckerlaw.com

*Counsel to NaviMed Partners, LP*