**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 26-22713-JCM |
| | : | | |
| Prime Therapy Holdings, Inc. | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 11/18/2026 |
| | : | Time: | 01:30 |

# PROCEEDING MEMO

***MATTER*** #1 Subchapter V Initial Status Conference

***APPEARANCES:***

| | |
|---|---|
| Debtor: | David Z. Valencik + Ryan Christoff |
| U.S. Trustee: | William M. Buchanan |
| Subchapter V Trustee: | James S. Fellin |
| PNC Bank: | Justin Tuskan |

***NOTES:***

Valencik: Debtors are working towards a sale of this property. There are parties interested in purchasing the property.

***OUTCOME:*** Case to proceed in normal course.

SIGNED
11/18/26 4:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA