**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 26-22713-JCM |
| | : | | |
| Prime Therapy Holdings, Inc. | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 11/18/2026 |
| | : | Time: | 01:30 |

**PROCEEDING MEMO**

***MATTER*** #81 Expedited Motion for Interim and Final Orders Authorizing the Debtor (I) To Obtain Secured Postpetition Financing and (II) To Use Cash Collateral

#87 Limited Objection by U.S. Trustee
#88 Objection by PNC Bank, N.A.

***APPEARANCES:***

| | |
|---|---|
| Debtor: | David Z. Valencik + Ryan Christoff |
| U.S. Trustee: | William M. Buchanan |
| Subchapter V Trustee: | James S. Fellin |
| PNC Bank, N.A.: | Justin Tuskan |
| DIP Lender: | Michael Shiner |

***NOTES:***

Valencik: $395,000 loan, part of this is a roll up, 15% interest, loan will mature during sale process, DIP lender is an insider, principal attempted to find a better loan from a non-insider. The value in this business is as a going concern. Several changes to the proposed orders based on the objections: PNC will not be primed. Parties are deferring the lien on the Chapter 5 actions. SubV trustee fees will be added to the administrative fees.

Buchanan: If the roll up is granted it should be subject to a challenge period. Insider issues. Granting liens on avoidance proceeds.

Shiner: We are making a standard DIP loan. We admit that we are an insider lender. Open to a challenge periods.

Tuskan: The parties are working on clarifying language to address our objection. PNC would be unwilling to lend on these terms.

***OUTCOME:*** Debtor's counsel to file an amended proposed order with redlines by 11/25/26. TO to be entered.

SIGNED
11/18/26 4:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA